IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 18-cv-00889-CMA-MEH

ARROW ELECTRONICS, INC.,

    Plaintiff,

v.

ELNA CO., LTD.,
ELNA AMERICA INC.,
MATSUO ELECTRIC CO., LTD.,
TOSHIN KOGYO CO., LTD.,
OKAYA ELECTRIC INDUSTRIES CO., LTD.,
OKAYA ELECTRIC AMERICA INC.,
TAITSU CORPORATION,
TAITSU AMERICA, INC.,
SHINYEI KAISHA,
SHINYEI TECHNOLOGY CO., LTD.,
SHINYEI CAPACITOR CO., LTD.,
SHINYEI CORPORATION OF AMERICA, INC.,
NITSUKO ELECTRONICS CORPORATION,
NISSEI ELECTRIC CO. LTD.,
SHIZUKI ELECTRIC CO., INC.,
SOSHIN ELECTRIC CO., LTD.,
SOSHIN ELECTRONICS OF AMERICA INC.,
NIPPON CHEMI-CON CORPORATION, and
UNITED CHEMI-CON, INC.,

    Defendants.

_____

**ORDER GRANTING MOTION TO TRANSFER**
_____

    This matter is before the Court on Plaintiff Arrow Electronics, Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). (Doc. # 20.) For the reasons that follow, the Court grants the Motion.

28 U.S.C. § 1404(a) provides "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." Plaintiff filed the Motion on July 15, 2022, and indicated that Defendants opposed the Motion. (Doc. # 20 at 13.) However, no response in opposition has been filed, and the time to do so has expired. Further, nine of the Defendants in this case filed a Notice of Non-Opposition to Plaintiff's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a).[1] (Doc. # 31.)

Upon reviewing the Motion and considering convenience and fairness, the Court finds in its discretion that the applicable factors support granting the Motion and transferring this action to the Northern District of California. *See Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1516 (10th Cir. 1991).

Accordingly, it is ORDERED that Plaintiff's Motion to Transfer (Doc. # 20) is GRANTED. It is

FURTHER ORDERED that, pursuant to 28 U.S.C. § 1404(a), this action shall be transferred to the United States District Court for the Northern District of California.

DATED: August 18, 2022

BY THE COURT:

*[signature]*
CHRISTINE M. ARGUELLO
Senior United States District Judge

---

[1] These Defendants include ELNA Co Ltd., ELNA America Inc., Matsuo Electric Co. Ltd., Shinyei Kaisha, Shinyei Technology Co. Ltd., Shinyei Capacitor Co., Ltd., Shinyei Corporation of America, Inc., Taitsu America, Inc., and Taitsu Corporation. (Doc. # 31 at 1.)